Michael A. Tomasulo (SBN 179389)
matomasulo@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

Attorneys for Defendant
PRICEGRABBER.COM, INC.

Jack Baldwin
BALDWIN & BALDWIN
400 W. Houston Street
Marshall, TX 75671
Telephone:  (903) 935-4131
Facsimile:  (903) 935-1397

Attorneys for Plaintiff
PARTSRIVER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTSRIVER, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SHOPZILLA, INC.; YAHOO! INC.; PRICEGRABBER.COM, INC.; EBAY INC.; and MICROSOFT CORPORATION,,<br><br>  Defendants. | Case No. 4:09 CV 00811 CW<br><br>STIPULATED DISMISSAL AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT PRICEGRABBER.COM, INC. |

Pursuant to Federal Rule 41(a)(1)(A)(ii), PartsRiver, Inc. ("PartsRiver") and PriceGrabber.com, Inc. ("PriceGrabber") hereby stipulate and agree by and between the parties, through their designated counsel, that all pending motions, claims and defenses between PartsRiver and PriceGrabber in this action are dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

LAI-3018442v1

Stipulated Dismissal and [Proposed] Order for
Dismissal With Prejudice of Defendant
PriceGrabber.com, Inc.; 4:09 CV 00811 CW

**SO STIPULATED,**

Dated: May 5, 2009

Respectfully submitted,

JONES DAY

By: _____
Michael A. Tomasulo
Counsel for Defendant
PRICEGRABBER.COM, INC.

Dated: May 4, 2009

BALDWIN & BALDWIN

By: _____
Jack Baldwin
Counsel for Plaintiff PARTSRIVER, INC.

**IT IS SO ORDERED** this 8th day of May, 2009.

_____
The Honorable Claudia Wilken
United States District Court

LAI-3018442v1

Stipulated Dismissal and [Proposed] Order for
Dismissal With Prejudice of Defendant