[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PartsRiver, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation,<br><br>　　　　Defendants.<br><br>Shopzilla, Inc.; Yahoo! Inc.; and Microsoft Corporation,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　　vs.<br><br>PartsRiver, Inc.,<br><br>　　　　Counterclaim-Defendant. | No. 4:09-cv-00811-CW (filed Feb. 25, 2009)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND CONTINUE THE CASE MANAGEMENT CONFERENCE UNTIL JULY 16, 2009**<br><br>**[Civil L.R. 6-2 and 7-12]** |

## **JOINT STIPULATION**

Defendants intend to file a motion for summary judgment to be heard on July 16, 2009. Pursuant to Civil L.R. 6-2 and 7-12, the parties hereby stipulate to continuing the Initial Case Management Conference from June 16, 2009 until July 16, 2009 to coincide with the summary

1  judgment hearing, and the parties hereby stipulate to the following briefing schedule for the
2  summary judgment motion:

| Description | Date |
|---|---|
| Last day for Defendants to file motion for summary judgment | Thursday<br>May 28, 2009 |
| Last day for Plaintiff to file brief in opposition to summary judgment | Thursday<br>June 18, 2009 |
| Last day for Defendants to file reply brief in support of summary judgment | Thursday<br>July 2, 2009 |
| Initial Case Management Conference and Hearing on Motion for Summary Judgment | 2:00 p.m., Thursday<br>July 16, 2009 |

The requested enlargement of the summary judgment briefing schedule accommodates the schedules of counsel for both parties and equitably distributes the additional time for briefing. Consolidation of the Initial Case Management Conference and summary judgment hearing is also more efficient for both the Court and the parties. The parties do not propose continuing the meet and confer or disclosure deadlines under Fed. R. Civ. P. 26(f), Civil L.R. 16-9, and ADR L.R. 3-5.

The only previous time modification in this case was the change in the date for the Case Management Conference (and corresponding deadlines under Fed. R. Civ. P. 26(f), Civil L.R. 16-9, and ADR L.R. 3-5) as set forth in the Court's Case Management Scheduling Order for Reassigned Civil Case (Mar. 23, 2009) [Docket No. 167].

The requested changes to the case schedule will otherwise have no effect on the anticipated schedule for this case.

1     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

Dated: May 22, 2009            By: /s/ Jack Baldwin

Jack Baldwin (*pro hac vice*)
   <jbb@baldwinlaw.com>
BALDWIN & BALDWIN, L.L.P.
400 West Houston Street
P.O. Drawer 1349
Marshall, Texas 75671
Telephone: (903) 935-4131
Facsimile: (903) 935-9538

James McManis (Bar No. 40958)
   <jmcmanis@mcmanisfaulkner.com>
Matthew Schechter (Bar No. 212003)
   <mschechter@mcmanisfaulkner.com>
MCMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Counsel for Plaintiff PartsRiver, Inc.*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 22, 2009 | By: /s/ Richard A. Cederoth |
| 3 | | David T. Pritikin (*pro hac vice*) |
| 4 | | <dpritikin@sidley.com><br>Richard A. Cederoth (*pro hac vice*) |
| 5 | | <rcederoth@sidley.com><br>SIDLEY AUSTIN LLP |
| 6 | | One S. Dearborn Street<br>Chicago, Illinois  60603 |
| 7 | | Telephone:   (312) 853-7000<br>Facsimile:    (312) 853-7036 |
| 8 | | Theodore W. Chandler (Bar No. 219456) |
| 9 | | <tchandler@sidley.com><br>SIDLEY AUSTIN LLP |
| 10 | | 555 West Fifth Street, Suite 4000<br>Los Angeles, California  90013 |
| 11 | | Telephone:   (213) 896-6000<br>Facsimile:    (213) 896-6600 |
| 12 | | Marc R. Ascolese (Bar No. 251397) |
| 13 | | <mascolese@sidley.com><br>SIDLEY AUSTIN LLP |
| 14 | | 555 California Street, Suite 2000<br>San Francisco, California  94104 |
| 15 | | Telephone:   (415) 772-1200<br>Facsimile:    (415) 772-7400 |
| 16 | | <SF-PartsRiver-MS-eBay@sidley.com> |
| 17 | | |
| 18 | | David E. Killough (Bar No. 110719)<br><davkill@microsoft.com> |
| 19 | | MICROSOFT CORPORATION<br>One Microsoft Way, 8/2076 |
| 20 | | Redmond, Washington  98052<br>Telephone:   (425) 703-8865 |
| 21 | | Facsimile:    (425) 869-1327 |
| 22 | | *Counsel for Defendant and Counterclaim-Plaintiff Microsoft Corporation* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 22, 2009 | By: /s/ Richard A. Cederoth |

David T. Pritikin (*pro hac vice*)
   <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
   <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
   <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:   (213) 896-6000
Facsimile:    (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
   <mascolese@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

<SF-PartsRiver-MS-eBay@sidley.com>

*Counsel for Defendant
eBay Inc.*

| | |
|---|---|
| Dated: May 22, 2009 | By: /s/ Dan D. Davison |

                         Dan D. Davison (*pro hac vice*)
                           <ddavison@fulbright.com>
                         FULBRIGHT & JAWORSKI L.L.P.
                         2200 Ross Avenue, Suite 2800
                         Dallas, Texas  75201
                         Telephone:   (214) 855-8000
                         Facsimile:    (214) 855-8200

                         Richard S. Zembek (*pro hac vice*)
                           <rzembek@fulbright.com>
                         Daniel S. Leventhal (*pro hac vice*)
                           <dleventhal@fulbright.com>
                         FULBRIGHT & JAWORSKI L.L.P.
                         1301 McKinney, Suite 5100
                         Houston, Texas  77010
                         Telephone:   (713) 651-5151
                         Facsimile:    (713) 651-5246

                         John A. O'Malley, (Bar No. 101181)
                           <jomalley@fulbright.com>
                         FULBRIGHT & JAWORSKI L.L.P.
                         555 S. Flower Street, 41st Floor
                         Los Angeles, California  90071
                         Telephone:   (213) 892-9200
                         Facsimile:    (213) 892-9494

                         <Yahoo@fulbright.com>

                         *Counsel for Defendant and Counterclaim-Plaintiff Yahoo! Inc.*

-7-

| | |
|---|---|
| Dated:  May 22, 2009 | By:  /s/ Jordan Trent Jones |
| | Jordan Trent Jones (Bar No. 166600) |
| | <jtjones@townsend.com> |
| | Heidi J. Kim (Bar No. 247699) |
| | <hjkim@townsend.com> |
| | TOWNSEND AND TOWNSEND AND CREW LLP |
| | 379 Lytton Ave |
| | Palo Alto, California  94301 |
| | Telephone:     (650) 326-2400 |
| | Facsimile:      (650) 326-2422 |
| | |
| | <Shopzilla@townsend.com> |
| | |
| | *Counsel for Defendant and Counterclaim-Plaintiff Shopzilla, Inc.* |

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Marc R. Ascolese

# [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING THE CASE MANAGEMENT CONFERENCE UNTIL JULY 16, 2009

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Initial Case Management Conference is continued until 2:00 p.m. on Thursday, July 16, 2009.

2. The summary judgment briefing schedule set forth in the parties' JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND CONTINUE THE CASE MANAGEMENT CONFERENCE UNTIL JULY 16, 2009 is hereby adopted.

Dated: May 29, 2009



CLAUDIA WILKEN
United States District Judge