[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PartsRiver, Inc.,<br><br>      *Plaintiff*,<br><br>    vs.<br><br>Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation,<br><br>      *Defendants*.<br><br>Shopzilla, Inc.; Yahoo! Inc.; and Microsoft Corporation,<br><br>      *Counterclaim-Plaintiffs*,<br><br>    vs.<br><br>PartsRiver, Inc.,<br><br>      *Counterclaim-Defendant*. | No. 4:09-cv-00811-CW (filed Feb. 25, 2009)<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE DEADLINE TO RESPOND TO MOTION TO SEAL UNTIL JULY 13, 2009**<br><br>**[Civil L.R. 6-2 and 7-12]** |

## **JOINT STIPULATION**

On June 19, 2009, PartsRiver filed Plaintiff's Motion to File Documents Under Seal [Docket No. 215] requesting the Court to seal portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment [public version at Docket No. 217], the Confidential Declaration of Jack

1  Baldwin [public version at Docket No. 218], and the exhibits to that declaration.  Pursuant to Civil
2  L.R. 79-5(d) and Fed. R. Civ. P. 6, Defendants have until June 29, 2009 to file and serve declarations
3  establishing that their designated confidential information is sealable, and to lodge a proposed
4  sealing order.
5       The parties believe they will be able to reach an agreement whereby the documents filed
6  under seal by the Plaintiff can be replaced by versions of those documents that do not need to be
7  maintained under seal.  As part of the contemplated agreement, the Declaration of Theodore W.
8  Chandler in Support of Defendants' Motion for Summary Judgment [public version at Docket No.
9  202] and the exhibits to that declaration would no longer need to be maintained under seal.
10  Accordingly, the parties request the June 29, 2009 deadline be extended until July 13, 2009 so that
11  they can conclude the contemplated agreement.
12       The requested extension of the deadline provides the parties the time needed to agree on the
13  information that can be placed in the public record, prepare suitable replacement documents, and
14  prepare any corresponding pleadings.  The parties believe that such an agreement would greatly
15  simplify the record, avoid the need for obtaining declarations from each of the Defendants, and spare
16  the Court from having to decide multiple motions to file under seal.
17       The only previous time modifications in this case were: (1) the change in the date for the
18  Case Management Conference (and corresponding deadlines under Fed. R. Civ. P. 26(f), Civil L.R.
19  16-9, and ADR L.R. 3-5) as set forth in the Court's Case Management Scheduling Order for
20  Reassigned Civil Case (Mar. 23, 2009) [Docket No. 167]; (2) the subsequent continuance of the
21  Case Management Conference to coincide with the hearing on summary judgment as set forth in the
22  Court's Order of May 29, 2009 [Docket No. 204]; and (3) the briefing schedule set forth in the
23  Court's Order of May 29, 2009 [Docket No. 204].
24       The requested changes to the case schedule will otherwise have no effect on the anticipated
25  schedule for this case or the hearing on Defendants' motion for summary judgment scheduled for
26  July 16, 2009.
27
28

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3
Dated:  June 26, 2009                              By:  /s/ Jack Baldwin

4
                                                   Jack Baldwin (*pro hac vice*)
5                                                       <jbb@baldwinlaw.com>
                                                   BALDWIN & BALDWIN, L.L.P.
6                                                  400 West Houston Street
                                                   P.O. Drawer 1349
7                                                  Marshall, Texas  75671
                                                   Telephone:    (903) 935-4131
8                                                  Facsimile:     (903) 935-9538

9                                                  James McManis (Bar No. 40958)
                                                        <jmcmanis@mcmanisfaulkner.com>
10                                                 Matthew Schechter (Bar No. 212003)
                                                        <mschechter@mcmanisfaulkner.com>
11                                                 MCMANIS FAULKNER
                                                   50 West San Fernando Street, 10th Floor
12                                                 San Jose, California 95113
                                                   Telephone:    (408) 279-8700
13                                                 Facsimile:     (408) 279-3244

14                                                 *Counsel for Plaintiff PartsRiver, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 26, 2009 | By: /s/ Marc R. Ascolese |

David T. Pritikin (*pro hac vice*)
    <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
    <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
    <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:     (213) 896-6000
Facsimile:      (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
    <mascolese@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:     (415) 772-1200
Facsimile:      (415) 772-7400

<SF-PartsRiver-MS-eBay@sidley.com>

David E. Killough (Bar No. 110719)
    <davkill@microsoft.com>
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington  98052
Telephone:     (425) 703-8865
Facsimile:      (425) 869-1327

*Counsel for Defendant and Counterclaim-Plaintiff Microsoft Corporation*

| | |
|---|---|
| Dated: June 26, 2009 | By: /s/ Marc R. Ascolese |

        David T. Pritikin (*pro hac vice*)
           <dpritikin@sidley.com>
        Richard A. Cederoth (*pro hac vice*)
           <rcederoth@sidley.com>
        SIDLEY AUSTIN LLP
        One S. Dearborn Street
        Chicago, Illinois  60603
        Telephone:   (312) 853-7000
        Facsimile:    (312) 853-7036

        Theodore W. Chandler (Bar No. 219456)
           <tchandler@sidley.com>
        SIDLEY AUSTIN LLP
        555 West Fifth Street, Suite 4000
        Los Angeles, California  90013
        Telephone:   (213) 896-6000
        Facsimile:    (213) 896-6600

        Marc R. Ascolese (Bar No. 251397)
           <mascolese@sidley.com>
        SIDLEY AUSTIN LLP
        555 California Street, Suite 2000
        San Francisco, California  94104
        Telephone:   (415) 772-1200
        Facsimile:    (415) 772-7400

        <SF-PartsRiver-MS-eBay@sidley.com>

        *Counsel for Defendant*
        *eBay Inc.*

1

2  Dated:  June 26, 2009                                By:  /s/ Dan D. Davison

3
        Dan D. Davison (*pro hac vice*)
           <ddavison@fulbright.com>
4
        FULBRIGHT & JAWORSKI L.L.P.
        2200 Ross Avenue, Suite 2800
5
        Dallas, Texas  75201
        Telephone:    (214) 855-8000
6
        Facsimile:      (214) 855-8200

7
        Richard S. Zembek (*pro hac vice*)
           <rzembek@fulbright.com>
8
        Daniel S. Leventhal (*pro hac vice*)
           <dleventhal@fulbright.com>
9
        FULBRIGHT & JAWORSKI L.L.P.
        1301 McKinney, Suite 5100
10
        Houston, Texas  77010
        Telephone:    (713) 651-5151
11
        Facsimile:      (713) 651-5246

12
        John A. O'Malley, (Bar No. 101181)
           <jomalley@fulbright.com>
13
        FULBRIGHT & JAWORSKI L.L.P.
        555 S. Flower Street, 41st Floor
14
        Los Angeles, California  90071
        Telephone:    (213) 892-9200
15
        Facsimile:      (213) 892-9494

16
        <Yahoo@fulbright.com>

17
        *Counsel for Defendant and Counterclaim-Plaintiff Yahoo! Inc.*

18

19

20

21

22

23

24

25

26

27

28

1
2  Dated:  June 26, 2009                         By:  /s/ Jordan Trent Jones
3                                                    Jordan Trent Jones (Bar No. 166600)
                                                         <jtjones@townsend.com>
4                                                    Heidi J. Kim (Bar No. 247699)
                                                         <hjkim@townsend.com>
5                                                    TOWNSEND AND TOWNSEND AND CREW LLP
                                                     379 Lytton Ave
6                                                    Palo Alto, California  94301
                                                     Telephone:    (650) 326-2400
7                                                    Facsimile:    (650) 326-2422
8                                                    <Shopzilla@townsend.com>
9                                                    *Counsel for Defendant and Counterclaim-
                                                     Plaintiff Shopzilla, Inc.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**SIGNATURE ATTESTATION**

2   Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

3   document has been obtained from each of the other signatories shown above.

4

5
                                                       /s/ Marc R. Ascolese
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER EXTENDING THE DEADLINE
TO RESPOND TO MOTION TO SEAL UNTIL JULY 13, 2009**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for Defendants to respond to Plaintiff's Motion to File Documents Under Seal [Docket No. 215] is extended until July 13, 2009.

Dated: 6/29/09

CLAUDIA WILKEN
United States District Judge