1  [JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PartsRiver, Inc., <br><br> *Plaintiff,* <br><br> vs. <br><br> Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation, <br><br> *Defendants.* <br> ─────────────────────── <br> Shopzilla, Inc.; Yahoo! Inc.; and Microsoft Corporation, <br><br> *Counterclaim-Plaintiffs,* <br><br> vs. <br><br> PartsRiver, Inc., <br><br> *Counterclaim-Defendant.* | No. 4:09-cv-00811-CW (filed Feb. 25, 2009) <br><br> **JOINT STIPULATION AND ORDER REPLACING DOCUMENTS PREVIOUSLY LODGED UNDER SEAL WITH ONLY PUBLIC VERSIONS AS MODIFIED** <br><br> **[Civil L.R. 7-12]** |

## JOINT STIPULATION

On May 28, 2009, Defendants filed Defendants' Administrative Motion to File Under Seal the Declaration of Theodore W. Chandler [Docket No. 203] requesting the Court to seal a confidential version of the Declaration of Theodore W. Chandler in Support of Defendants' Motion

1  for Summary Judgment of Non-Infringement and Invalidity Due to the On-Sale Bar & Exhibits Q–S

2  [public version at Docket No. 202].  On June 19, 2009, PartsRiver filed Plaintiff's Motion to File

3  Documents Under Seal [Docket No. 215] requesting the Court to seal portions of Plaintiff's

4  Opposition to Defendants' Motion for Summary Judgment [public version at Docket No. 217] and

5  the Confidential Declaration of Jack Baldwin & Exhibits A–I [public version at Docket No. 218].

6       The parties have agreed that these documents lodged under seal can be replaced by versions

7  that do not need to be sealed, thus mooting both motions to file under seal.  Accordingly, on July 9,

8  2009, Defendants e-filed their Replacement Declaration of Theodore W. Chandler in Support of

9  Defendants' Motion for Summary Judgment of Non-Infringement and Invalidity Due to the On-Sale

10  Bar & Exhibit S [Docket No. 224]; Defendants manually filed Exhibits Q and R to the Replacement

11  Declaration of Theodore W. Chandler in Support of Defendants' Motion for Summary Judgment of

12  Non-Infringement and Invalidity Due to the On-Sale Bar [Docket Nos. 228 & 229].  On July 10,

13  2009, Plaintiff e-filed its Replacement Plaintiff's Opposition to Defendants' Motion for Summary

14  Judgment [Docket No. 225] and its Replacement Confidential Declaration of Jack Baldwin in

15  Support of Plaintiff's Opposition To Defendants' Motion for Summary Judgment & Exhibits A–B,

16  D–G, and I [Docket No. 226].

17       The table below lists the documents that the parties agree should be considered by the Court

18  for the summary judgment motion, all of which are now in the public record.  No documents lodged

19  under seal should be considered by the Court.

| Docket No. | Document |
|---|---|
| **Defendants' Motion for Summary Judgment:** | |
| 201 | Defendants' Motion & Exhibits A–P |
| 201 | Defendants' Proposed Order |
| 224, 228, 229 | Replacement Chandler Declaration & Exhibits Q–S |
| **Plaintiff's Opposition:** | |
| 225 | Plaintiff's Opposition Brief (Replacement) |
| 210 | Declaration of Tipton Cole (also Exhibit H in Docket No. 218) |
| 218 | Declaration of Jack Baldwin & Exhibits A–L |

| Docket No. | Document |
|---|---|
| 226 | Replacement Confidential Declaration of Jack Baldwin & Exhibits A–B, D–G, and I |
| 227 | Plaintiff's Proposed Order |
| **Defendants' Reply:** | |
| 222 | Defendants' Reply Brief & Exhibits T–U |

As a result of the parties' agreement, the parties stipulate that that Defendants' Administrative Motion to File under Seal the Declaration of Theodore W. Chandler [Docket No. 203] should be denied as moot because the parties agree that the Chandler declaration is entirely public.  Defendants request that the Clerk return the Chandler Declaration lodged under seal with the Court on May 28, 2009, to Marc Ascolese by mail at the address listed below.

The parties further stipulate that Plaintiff's Unopposed Motion to Remove Incorrectly Filed Documents [Docket No. 214] should be granted in part.  The parties request that the Clerk delete the documents filed as Docket Nos. 209 and 211–213 from the ECF system, but not Docket No. 210.

The parties further stipulate that Plaintiff's Motion to File Documents Under Seal [Docket No. 215] should be denied as moot because the parties have agreed to public versions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and the Confidential Declaration of Jack Baldwin that do not require filing anything under seal.  Plaintiff requests that the Clerk return those documents lodged under seal with the Court on June 19, 2009, to Jack Baldwin by mail at the address listed below.

Finally, the parties stipulate that the Court should rely on the documents listed in the table above in deciding the pending summary judgment motion.

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3    Dated:  July 13, 2009                    By:  /s/ Jack Baldwin

4

5                                             Jack Baldwin (*pro hac vice*)
                                                  <jbb@baldwinlaw.com>
6                                             BALDWIN & BALDWIN, L.L.P.
                                              400 West Houston Street
                                              P.O. Drawer 1349
7                                             Marshall, Texas  75671
                                              Telephone:    (903) 935-4131
8                                             Facsimile:    (903) 935-9538

9                                             James McManis (Bar No. 40958)
                                                  <jmcmanis@mcmanisfaulkner.com>
10                                            Matthew Schechter (Bar No. 212003)
                                                  <mschechter@mcmanisfaulkner.com>
11                                            MCMANIS FAULKNER
                                              50 West San Fernando Street, 10th Floor
12                                            San Jose, California  95113
                                              Telephone:    (408) 279-8700
13                                            Facsimile:    (408) 279-3244

14                                            *Counsel for Plaintiff PartsRiver, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    Dated:  July 13, 2009                    By:  /s/ Marc R. Ascolese

3                                            David T. Pritikin (*pro hac vice*)
                                                 <dpritikin@sidley.com>
4                                            Richard A. Cederoth (*pro hac vice*)
                                                 <rcederoth@sidley.com>
5                                            SIDLEY AUSTIN LLP
                                             One S. Dearborn Street
6                                            Chicago, Illinois  60603
                                             Telephone:    (312) 853-7000
7                                            Facsimile:     (312) 853-7036

8                                            Theodore W. Chandler (Bar No. 219456)
                                                 <tchandler@sidley.com>
9                                            SIDLEY AUSTIN LLP
                                             555 West Fifth Street, Suite 4000
10                                           Los Angeles, California  90013
                                             Telephone:    (213) 896-6000
11                                           Facsimile:     (213) 896-6600

12                                           Marc R. Ascolese (Bar No. 251397)
                                                 <mascolese@sidley.com>
13                                           SIDLEY AUSTIN LLP
                                             555 California Street, Suite 2000
14                                           San Francisco, California  94104
                                             Telephone:    (415) 772-1200
15                                           Facsimile:     (415) 772-7400

16                                           <SF-PartsRiver-MS-eBay@sidley.com>

17

18                                           David E. Killough (Bar No. 110719)
                                                 <davkill@microsoft.com>
19                                           MICROSOFT CORPORATION
                                             One Microsoft Way, 8/2076
20                                           Redmond, Washington  98052
                                             Telephone:    (425) 703-8865
21                                           Facsimile:     (425) 869-1327

22                                           *Counsel for Defendant and Counterclaim-
                                             Plaintiff Microsoft Corporation*
23

24

25

26

27

28

1

2   Dated:  July 13, 2009                               By:   /s/ Marc R. Ascolese

3                                                       David T. Pritikin (*pro hac vice*)
                                                            <dpritikin@sidley.com>
4                                                       Richard A. Cederoth (*pro hac vice*)
                                                            <rcederoth@sidley.com>
5                                                       SIDLEY AUSTIN LLP
                                                        One S. Dearborn Street
6                                                       Chicago, Illinois  60603
                                                        Telephone:    (312) 853-7000
7                                                       Facsimile:     (312) 853-7036

8                                                       Theodore W. Chandler (Bar No. 219456)
                                                            <tchandler@sidley.com>
9                                                       SIDLEY AUSTIN LLP
                                                        555 West Fifth Street, Suite 4000
10                                                      Los Angeles, California  90013
                                                        Telephone:    (213) 896-6000
11                                                      Facsimile:     (213) 896-6600

12                                                      Marc R. Ascolese (Bar No. 251397)
                                                            <mascolese@sidley.com>
13                                                      SIDLEY AUSTIN LLP
                                                        555 California Street, Suite 2000
14                                                      San Francisco, California  94104
                                                        Telephone:    (415) 772-1200
15                                                      Facsimile:     (415) 772-7400

16                                                      <SF-PartsRiver-MS-eBay@sidley.com>

17                                                      *Counsel for Defendant*
                                                        *eBay Inc.*
18

19

20

21

22

23

24

25

26

27

28

1

2 Dated: July 13, 2009

By: /s/ Dan D. Davison

3
Dan D. Davison (*pro hac vice*)
<ddavison@fulbright.com>
4
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
5
Dallas, Texas 75201
Telephone:   (214) 855-8000
6
Facsimile:   (214) 855-8200

7
Richard S. Zembek (*pro hac vice*)
<rzembek@fulbright.com>
8
Daniel S. Leventhal (*pro hac vice*)
<dleventhal@fulbright.com>
9
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
10
Houston, Texas 77010
Telephone:   (713) 651-5151
11
Facsimile:   (713) 651-5246

12
John A. O'Malley, (Bar No. 101181)
<jomalley@fulbright.com>
13
FULBRIGHT & JAWORSKI L.L.P.
555 S. Flower Street, 41st Floor
14
Los Angeles, California 90071
Telephone:   (213) 892-9200
15
Facsimile:   (213) 892-9494

16
<Yahoo@fulbright.com>

17
*Counsel for Defendant and Counterclaim-Plaintiff Yahoo! Inc.*
18

19

20

21

22

23

24

25

26

27

28

1

2  Dated:  July 13, 2009                    By:  /s/ Jordan Trent Jones

3                                              Jordan Trent Jones (Bar No. 166600)
                                                <jtjones@townsend.com>
4                                              Heidi J. Kim (Bar No. 247699)
                                                <hjkim@townsend.com>
5                                              TOWNSEND AND TOWNSEND AND CREW LLP
                                              379 Lytton Ave
6                                              Palo Alto, California  94301
                                              Telephone:    (650) 326-2400
7                                              Facsimile:    (650) 326-2422

8                                              <Shopzilla@townsend.com>

9                                              *Counsel for Defendant and Counterclaim-
                                              Plaintiff Shopzilla, Inc.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **SIGNATURE ATTESTATION**

2          Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

3    document has been obtained from each of the other signatories shown above.

4

5

6                                         _____/s/ Marc R. Ascolese_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER REPLACING DOCUMENTS
PREVIOUSLY LODGED UNDER SEAL WITH ONLY PUBLIC VERSIONS**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1.      Defendants' Administrative Motion to File under Seal the Declaration of Theodore W. Chandler [Docket No. 203] is DENIED as moot because the parties agree that the Chandler Declaration is entirely public and Defendants have already publicly filed Exhibits Q, R and S.  The Chandler Declaration lodged under seal with the Court on May 28, 2009 will be shredded.

2.      Plaintiff's Unopposed Motion to Remove Incorrectly Filed Documents [Docket No. 214] is GRANTED in part.  The Clerk is to delete the documents filed as Docket Nos. 209 and 211–213 from the ECF system, but not Docket No. 210.

3.      Plaintiff's Motion to File Documents Under Seal [Docket No. 215] is DENIED as moot because the parties have agreed to public versions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and the Confidential Declaration of Jack Baldwin that do not require filing anything under seal, and Plaintiff has already publicly filed the documents.  The documents lodged under seal with the Court on June 19, 2009 will be shredded.

4.      For purposes of Defendants' Motion for Summary Judgment of Non-Infringement and Invalidity Due to the On-Sale Bar [Docket No. 201], the Court will rely upon the following documents:

| Docket No. | Document |
|---|---|
| **Defendants' Motion for Summary Judgment:** | |
| 201 | Defendants' Motion & Exhibits A–P |
| 201 | Defendants' Proposed Order |
| 224, 228, 229 | Replacement Chandler Declaration & Exhibits Q–S |
| **Plaintiff's Opposition:** | |
| 225 | Plaintiff's Opposition Brief (Replacement) |
| 210 | Declaration of Tipton Cole (also Exhibit H in Docket No. 218) |
| 218 | Declaration of Jack Baldwin & Exhibits A–L |

| Docket No. | Document |
|---|---|
| 226 | Replacement Confidential Declaration of Jack Baldwin & Exhibits A–B, D–G, and I |
| 227 | Plaintiff's Proposed Order |
| **Defendants' Reply:** | |
| 222 | Defendants' Reply Brief & Exhibits T–U |

IT IS SO ORDERED.

Dated: 7/22/09 _____

_____
CLAUDIA WILKEN
United States District Judge