IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTSRIVER, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> SHOPZILLA, INC.; YAHOO! INC.; EBAY INC.; AND MICROSOFT CORPORATION, <br><br>   Defendants. <br> _____/ <br><br> SHOPZILLA, INC.; YAHOO! INC.; EBAY INC.; AND MICROSOFT CORPORATION, <br><br>   Counterclaim-Plaintiffs, <br><br>   v. <br><br> PARTSRIVER, INC., <br><br>   Counterclaim-Defendant. <br> _____/ | No. C 09-0811 CW <br><br> ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF PARTSRIVER, INC.'S MOTION TO VACATE THE COURT'S JUDGMENT |

   In its Order of November 3, 2010, the Court of Appeals for the Federal Circuit remanded to this Court the matter of whether judgment in this action should be vacated. On December 10, 2010, the Federal Circuit issued its mandate with respect to the November 3 Order.

   Accordingly, within seven days of the date of this Order, Plaintiff PartsRiver, Inc., shall file its motion to vacate the Court's judgment. Defendants Shopzilla, Inc.; Yahoo! Inc.; eBay Inc. and Microsoft Corporation shall file their opposition in a consolidated brief fourteen days after Plaintiff's motion is filed.

1  Any reply shall be due seven days after Defendants file their
2  opposition.  The motion will be taken under submission on the
3  papers, unless the Court schedules a hearing.
4       IT IS SO ORDERED.

6  Dated: December 16, 2010

   _____
   CLAUDIA WILKEN
   United States District Judge

2