[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PartsRiver, Inc.,<br>          *Plaintiff*,<br><br>     vs.<br><br>Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation,<br>          *Defendants*. | No. 4:09-cv-00811-CW (filed Feb. 25, 2009)<br><br>**JOINT STIPULATION AND ORDER RELATING CASES**<br><br>**[Civil L.R. 3-12 and 7-12]** |
| eBay Inc. and Microsoft Corporation,<br>          *Plaintiffs*,<br><br>     vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>          *Defendants*. | No. 4:10-cv-4947-CW (filed Nov. 2, 2010) |
| eBay Inc.,<br>          *Plaintiff*,<br><br>     vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>          *Defendants*. | No. 4:10-cv-5106-CW (filed Nov. 10, 2010) |
| Microsoft Corporation,<br>          *Plaintiff*,<br><br>     vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>          *Defendants*. | No. 4:10-cv-5108-CW (filed Nov. 10, 2010) |
| Shopzilla, Inc.,<br>          *Plaintiff*,<br><br>     vs.<br><br>Kelora Systems, LLC,<br>          *Defendant*. | Proposed related case:<br>No. 4:11-cv-00502-LB (filed Feb. 2, 2011) |

## **JOINT STIPULATION**

Pursuant to Civil Local Rule 3-12(b) and Civil Local Rule 7-12, PartsRiver, Inc.; Kelora Systems, LLC; Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation file this stipulation and proposed order asking the Court to consider whether the following actions are related:

1. **This action:** *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009).

2. **Actions previously related per this Court's January 10, 2011, order (Dkt. No. 267):** *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010); *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010).

3. **New:** *Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-LB (filed Feb. 2, 2011).

All of the above-referenced actions concern United States Patent No. 6,275,821 ("'821 Patent"). The new action filed on February 2, 2011, concerns Shopzilla, Inc., a party to the original action filed February 25, 2009, and Kelora Systems, LLC, a party to the actions previously related pursuant to this Court's January 10, 2011, order (Dkt. No. 267). eBay, Inc., and Microsoft Corporation are declaratory relief plaintiffs in the previously related actions, and are co-defendants with Shopzilla in this action.

All current parties therefore agree that the actions listed above are "related" as defined by Civil Local Rule 3-12(a), and that the new action filed February 2, 2011, should be reassigned to the judge presiding over the first-filed action: Judge Wilken in the Oakland Division.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

Dated: February 14, 2011                            By:  /s/ *Robert D. Becker*

4

Robert D. Becker (Bar No. 160648)
5     <rbecker@manatt.com>
Ronald S. Katz (Bar No. 85713)
6     <rkatz@manatt.com>
Shawn G. Hansen (Bar No. 197033)
7     <shansen@manatt.com>
MANATT, PHELPS & PHILLIPS, LLP
8  1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
9  Telephone:    (650) 812-1300
Facsimile:     (650) 213-0260
10
*Counsel for PartsRiver, Inc. and Kelora*
11 *Systems, LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 14, 2011 | By: /s/ *Marc R. Ascolese* |
| 3 | | David T. Pritikin (*pro hac vice*) |
| | | &lt;dpritikin@sidley.com&gt; |
| 4 | | Richard A. Cederoth (*pro hac vice*) |
| | | &lt;rcederoth@sidley.com&gt; |
| 5 | | SIDLEY AUSTIN LLP |
| | | One S. Dearborn Street |
| 6 | | Chicago, Illinois  60603 |
| | | Telephone:    (312) 853-7000 |
| 7 | | Facsimile:     (312) 853-7036 |
| 8 | | Theodore W. Chandler (Bar No. 219456) |
| | | &lt;tchandler@sidley.com&gt; |
| 9 | | SIDLEY AUSTIN LLP |
| | | 555 West Fifth Street, Suite 4000 |
| 10 | | Los Angeles, California  90013 |
| | | Telephone:    (213) 896-6000 |
| 11 | | Facsimile:     (213) 896-6600 |
| 12 | | Marc R. Ascolese (Bar No. 251397) |
| | | &lt;mascolese@sidley.com&gt; |
| 13 | | SIDLEY AUSTIN LLP |
| | | 555 California Street, Suite 2000 |
| 14 | | San Francisco, California  94104 |
| | | Telephone:    (415) 772-1200 |
| 15 | | Facsimile:     (415) 772-7400 |
| 16 | | &lt;SF-PartsRiver-MS-eBay@sidley.com&gt; |
| 17 | | |
| | | David E. Killough (Bar No. 110719) |
| 18 | | &lt;davkill@microsoft.com&gt; |
| | | MICROSOFT CORPORATION |
| 19 | | One Microsoft Way, 8/2076 |
| | | Redmond, Washington  98052 |
| 20 | | Telephone:    (425) 703-8865 |
| | | Facsimile:     (425) 869-1327 |
| 21 | | *Counsel for Microsoft Corporation* |

| | | |
|---|---|---|
| Dated: February 14, 2011 | By: | /s/ *Marc R. Ascolese* |

        David T. Pritikin (*pro hac vice*)
           <dpritikin@sidley.com>
        Richard A. Cederoth (*pro hac vice*)
           <rcederoth@sidley.com>
        SIDLEY AUSTIN LLP
        One S. Dearborn Street
        Chicago, Illinois  60603
        Telephone:   (312) 853-7000
        Facsimile:     (312) 853-7036

        Theodore W. Chandler (Bar No. 219456)
           <tchandler@sidley.com>
        SIDLEY AUSTIN LLP
        555 West Fifth Street, Suite 4000
        Los Angeles, California  90013
        Telephone:   (213) 896-6000
        Facsimile:     (213) 896-6600

        Marc R. Ascolese (Bar No. 251397)
           <mascolese@sidley.com>
        SIDLEY AUSTIN LLP
        555 California Street, Suite 2000
        San Francisco, California  94104
        Telephone:   (415) 772-1200
        Facsimile:     (415) 772-7400

        <SF-PartsRiver-MS-eBay@sidley.com>

        *Counsel for eBay Inc.*

| | |
|---|---|
| Dated: February 14, 2011 | By: /s/ *Dan D. Davison* |

Dan D. Davison (*pro hac vice*)
&lt;ddavison@fulbright.com&gt;
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone:   (214) 855-8000
Facsimile:    (214) 855-8200

Richard S. Zembek (*pro hac vice*)
&lt;rzembek@fulbright.com&gt;
Daniel S. Leventhal (*pro hac vice*)
&lt;dleventhal@fulbright.com&gt;
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:   (713) 651-5151
Facsimile:    (713) 651-5246

John A. O'Malley, (Bar No. 101181)
&lt;jomalley@fulbright.com&gt;
FULBRIGHT & JAWORSKI L.L.P.
555 S. Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

&lt;Yahoo@fulbright.com&gt;

*Counsel for Yahoo! Inc.*

| | |
|---|---|
| Dated: February 14, 2011 | By:  /s/ *Jordan Trent Jones* |

                                         Jordan Trent Jones (Bar No. 166600)
                                              <jtjones@jordanjonesiplaw.com>
                                         Law Offices of Jordan Trent Jones
                                         100 Spear Street, 18th Floor
                                         San Francisco, CA 94105
                                         Telephone:     (415) 357-8940
                                         Facsimile:       (415) 371-0500

                                         James G. Gilliland Jr. (Bar No. 107988)
                                              <jgilliland@kilpatricktownsend.com>
                                         KILPATRICK TOWNSEND & STOCKTON LLP
                                         Two Embarcadero Center, Eighth Floor
                                         San Francisco, California  94111
                                         Telephone:     (415) 576-0200
                                         Facsimile:       (415) 576-0300

                                         Eric M. Hutchins (Bar No. 245462)
                                              <ehutchins@kilpatricktownsend.com>
                                         Hogene L. Choi (Bar No. 256617)
                                              <hchoi@kilpatricktownsend.com>
                                         379 Lytton Avenue
                                         Palo Alto, CA 94301
                                         Telephone:     (650) 326-2400
                                         Facsimile:       (650) 326-2422

                                         *Counsel for Shopzilla, Inc.*

|   |   |
|---|---|
| 1 | **<u>SIGNATURE ATTESTATION</u>** |
| 2 | Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this |
| 3 | document has been obtained from each of the other signatories shown above. |

                                                         /s/ *Eric M. Hutchins*

## **ORDER RELATING CASES**

As the judge assigned to the earliest filed case below that bears my initials, I find that the recently filed case that I have initialed below is related under Civil Local Rule 3-12 to the cases below already assigned to me, and this recently filed case shall be reassigned to me.

Original and previously related cases: *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009); *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010); *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010).

*Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-LB (filed Feb. 2, 2011).

I find that the above case is related to the cases assigned to me. **CW**

SO ORDERED.

Dated: 2/15/2011

_____
CLAUDIA WILKEN
United States District Judge

63137500 v1