[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PartsRiver, Inc., *Plaintiff*, vs. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation, *Defendants*. | No. 4:09-cv-00811-CW (filed Feb. 25, 2009) **JOINT STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE UNTIL MARCH 17, 2011** [Civil L.R. 6-2 and 7-12] |
| eBay Inc. and Microsoft Corporation, *Plaintiffs*, vs. PartsRiver, Inc. and Kelora Systems, LLC, *Defendants*. | No. 4:10-cv-4947-CW (filed Nov. 2, 2010) |
| eBay Inc., *Plaintiff and Counterclaim-Defendant*, vs. PartsRiver, Inc. and Kelora Systems, LLC, *Defendants and Counterclaim-Plaintiff*. | No. 4:10-cv-5106-CW (filed Nov. 10, 2010) |
| Microsoft Corporation, *Plaintiff and Counterclaim-Defendant*, vs. PartsRiver, Inc. and Kelora Systems, LLC, *Defendants and Counterclaim-Plaintiff*. | No. 4:10-cv-5108-CW (filed Nov. 10, 2010) |
| Shopzilla, Inc., *Plaintiff*, vs. Kelora Systems, LLC, *Defendant*. | No. 4:11-cv-00502-CW (filed Feb. 2, 2011) |

**JOINT STIPULATION**

The Court recently found that the following five actions are "related" for purposes of Civil L.R. 3-12:

1. **First Action:** *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009).

2. **Previously Related Actions:** Actions previously related per this Court's January 10, 2011, order (09-cv-00811, Dkt. No. 267) : *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010); *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010).

3. **New Action:** *Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-CW (filed Feb. 2, 2011).

Currently, a Case Management Conference ("CMC") for the First Action and the Initial CMCs for the Previously Related Actions and the New Action are all scheduled for Tuesday, March 15, 2011. Additionally, this Court is scheduled to hear the following three motions to dismiss on Thursday, March 17, 2011:

- PartsRiver and Kelora's motion to dismiss Case No. 10-4947 (Feb. 10, 2011) [Docket No. 17]
- PartsRiver's motion to be dismissed from Case No. 10-5106 (Feb. 10, 2011) [Docket No. 22]
- PartsRiver's motion to be dismissed from Case No. 10-5108 (Feb. 10, 2011) [Docket No. 19]

The parties believe that aligning the dates for the five CMCs and the hearings for the motions to dismiss is more efficient for both the Court and the parties. Moving the five CMCs also adjusts related deadlines under Fed. R. Civ. P. 26(f), Civil L.R. 16-9, and ADR L.R. 3-5. Accordingly, the parties hereby stipulate to the following schedule for the five actions listed above:

| **Description** | **Date** |
|---|---|
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day for parties to:<br>• confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for eBay and Microsoft to file opposition to motions to dismiss | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for PartsRiver and Kelora to file reply in support of motions to dismiss | Thursday<br>March 3, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Thursday<br>March 10, 2011 |
| **09-0811:**<br>Last day to file Joint Case Management Statement | Thursday<br>March 10, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Hearing on motions to dismiss in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **09-0811:**<br>CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |

The only previous time modifications for the Previously Related Actions was to continue their CMCs to March 15, 2011.  There are no previous time modifications for the New Action.  As each of the Previously Related Actions and the New Action is at a very early stage and their schedules have not been set by the Court, the requested changes to the case schedules will have no significant effect on the anticipated schedule for the cases.

-3-

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

4  Dated: February 18, 2011                By:  /s/ Robert D. Becker

5                                               Robert D. Becker (Bar No. 160648)
                                                   <rbecker@manatt.com>
6                                               Ronald S. Katz (Bar No. 85713)
                                                   <rkatz@manatt.com>
7                                               Shawn G. Hansen (Bar No. 197033)
                                                   <shansen@manatt.com>
8                                               MANATT, PHELPS & PHILLIPS, LLP
                                                1001 Page Mill Road, Building 2
9                                               Palo Alto, CA  94304-1006
                                                Telephone:    (650) 812-1300
10                                              Facsimile:    (650) 213-0260

11                                              *Counsel for PartsRiver, Inc. and Kelora Systems, LLC*

| | |
|---|---|
| Dated: February 18, 2011 | By: /s/ Marc R. Ascolese |

David T. Pritikin (*pro hac vice*)
   <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
   <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:    (312) 853-7000
Facsimile:     (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
   <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:    (213) 896-6000
Facsimile:     (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
   <mascolese@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:    (415) 772-1200
Facsimile:     (415) 772-7400

<SF-PartsRiver-MS-eBay@sidley.com>

David E. Killough (Bar No. 110719)
   <davkill@microsoft.com>
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington  98052
Telephone:    (425) 703-8865
Facsimile:     (425) 869-1327

*Counsel for Microsoft Corporation*

1
2  Dated: February 18, 2011                      By: /s/ Marc R. Ascolese
3
                                                David T. Pritikin (*pro hac vice*)
4                                                   <dpritikin@sidley.com>
                                                Richard A. Cederoth (*pro hac vice*)
5                                                   <rcederoth@sidley.com>
                                                SIDLEY AUSTIN LLP
6                                               One S. Dearborn Street
                                                Chicago, Illinois  60603
7                                               Telephone:   (312) 853-7000
                                                Facsimile:   (312) 853-7036
8
                                                Theodore W. Chandler (Bar No. 219456)
9                                                   <tchandler@sidley.com>
                                                SIDLEY AUSTIN LLP
10                                              555 West Fifth Street, Suite 4000
                                                Los Angeles, California  90013
11                                              Telephone:   (213) 896-6000
                                                Facsimile:   (213) 896-6600
12
                                                Marc R. Ascolese (Bar No. 251397)
13                                                  <mascolese@sidley.com>
                                                SIDLEY AUSTIN LLP
14                                              555 California Street, Suite 2000
                                                San Francisco, California  94104
15                                              Telephone:   (415) 772-1200
                                                Facsimile:   (415) 772-7400
16
                                                <SF-PartsRiver-MS-eBay@sidley.com>
17
                                                *Counsel for eBay Inc.*
18
19
20
21
22
23
24
25
26
27
28

1
2  Dated: February 18, 2011                          By: /s/ Dan D. Davison
3                                                         ─────────────────────────
                                                       Dan D. Davison (*pro hac vice*)
4                                                          <ddavison@fulbright.com>
                                                       FULBRIGHT & JAWORSKI L.L.P.
5                                                      2200 Ross Avenue, Suite 2800
                                                       Dallas, Texas  75201
                                                       Telephone:    (214) 855-8000
6                                                      Facsimile:     (214) 855-8200

7                                                      Richard S. Zembek (*pro hac vice*)
                                                           <rzembek@fulbright.com>
8                                                      Daniel S. Leventhal (*pro hac vice*)
                                                           <dleventhal@fulbright.com>
9                                                      FULBRIGHT & JAWORSKI L.L.P.
                                                       1301 McKinney, Suite 5100
10                                                     Houston, Texas  77010
                                                       Telephone:    (713) 651-5151
11                                                     Facsimile:     (713) 651-5246

12                                                     John A. O'Malley, (Bar No. 101181)
                                                           <jomalley@fulbright.com>
13                                                     FULBRIGHT & JAWORSKI L.L.P.
                                                       555 S. Flower Street, 41st Floor
14                                                     Los Angeles, California  90071
                                                       Telephone:    (213) 892-9200
15                                                     Facsimile:     (213) 892-9494

16                                                     <Yahoo@fulbright.com>

17                                                     *Counsel for Yahoo! Inc.*

18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: February 18, 2011 | By: /s/ Jordan Trent Jones |
| | Jordan Trent Jones (Bar No. 166600) |
| | <jtjones@jordanjonesiplaw.com> |
| | Law Offices of Jordan Trent Jones |
| | 100 Spear Street, 18th Floor |
| | San Francisco, CA 94105 |
| | Telephone:   (415) 357-8940 |
| | Facsimile:    (415) 371-0500 |
| | |
| | James G. Gilliland Jr. (Bar No. 107988) |
| | <jgilliland@kilpatricktownsend.com> |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | Two Embarcadero Center, Eighth Floor |
| | San Francisco, California  94111 |
| | Telephone:   (415) 576-0200 |
| | Facsimile:    (415) 576-0300 |
| | |
| | Eric M. Hutchins (Bar No. 245462) |
| | <ehutchins@kilpatricktownsend.com> |
| | Hogene L. Choi (Bar No. 256617) |
| | <hchoi@kilpatricktownsend.com> |
| | 379 Lytton Avenue |
| | Palo Alto, CA 94301 |
| | Telephone:   (650) 326-2400 |
| | Facsimile:    (650) 326-2422 |
| | |
| | *Counsel for Shopzilla, Inc.* |

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Jordan Trent Jones

## ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action Nos. 4:09-cv-00811-CW, No. 4:10-cv-4947-CW, 4:10-cv-5106-CW, 4:10-cv-5108-CW, and 4:11-cv-00502-CW:

| **Description** | **Date** |
|---|---|
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day for parties to:<br>• confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for eBay and Microsoft to file opposition to motions to dismiss | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for PartsRiver and Kelora to file reply in support of motions to dismiss | Thursday<br>March 3, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Thursday<br>March 10, 2011 |
| **09-0811:**<br>Last day to file Joint Case Management Statement | Thursday<br>March 10, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Hearing on motions to dismiss in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **09-0811:**<br>CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |

SO ORDERED.

Dated: **2/22/2011**

_____
CLAUDIA WILKEN
United States District Judge

SF1 1670971V.1