IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTSRIVER, INC., <br><br>    Plaintiff, <br><br>  v. <br><br>SHOPZILLA, INC.; YAHOO! INC.; EBAY INC.; AND MICROSOFT CORPORATION, <br><br>    Defendants. <br>_____/ <br><br>SHOPZILLA, INC.; YAHOO! INC.; AND MICROSOFT CORPORATION, <br><br>    Counterclaim-Plaintiffs, <br><br>  v. <br><br>PARTSRIVER, INC., <br><br>    Counterclaim-Defendant. <br>_____/ | No. C 09-0811 CW <br><br>ORDER SETTING HEARING ON PARTSRIVER, INC.'S MOTION TO VACATE JUDGMENT <br>(Docket No. 260) |

    Plaintiff and Counterclaim-Defendant PartsRiver, Inc.'s Motion to Vacate Judgment is set for hearing on March, 17, 2011 at 2:00 p.m.  This motion will be heard along with PartsRiver's three motions to dismiss for lack of subject matter jurisdiction in the related cases.  A case management conference in this action and in the related cases will also be held on March 17, 2011 at 2:00 p.m. The parties joint case management statements are due March 10, 2010.

    IT IS SO ORDERED.

Dated: 3/9/2011

                                      CLAUDIA WILKEN <br>
                                      United States District Judge